IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON MOSBY                                                                                   PLAINTIFF

v.                                  NO.  4:07cv00021 WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                        DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, the decision of the Commissioner is affirmed and this case is dismissed, with prejudice.  Judgment shall be entered accordingly.

IT IS SO ORDERED this 21st day of July, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE