IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON MOSBY                                                                PLAINTIFF

v.                      NO.  4:07cv00021 WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                       DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case, with prejudice; the relief sought is denied.

IT IS SO ORDERED this 21st day of July, 2008.

                                                         /s/ Wm. R. Wilson, Jr.
                                                         UNITED STATES DISTRICT JUDGE